IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00435-GPG

JOSEPH CARTER,

     Plaintiff,

v.

JOAN KOPRIVNIKER M.D.,

     Defendant.

---

ORDER DRAWING CASE

---

     After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that

this case does not appear to be appropriate for summary dismissal and should be

drawn to a **presiding** judge, and when applicable to a **magistrate** judge,

D.C.COLO.LCivR 40.1(a).  Accordingly, it is

     ORDERED that this case shall be drawn to a **presiding** judge, and when

applicable to a **magistrate**  judge.

     DATED March 22, 2015, at Denver, Colorado.

                    BY THE COURT:

                    S/ Gordon P. Gallagher

                    _____
                    United States Magistrate Judge